UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 14480
  MARJORIE CHRISTINE LAWLER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-5798
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/05/08.

2. The case was dismissed without confirmation, 11/21/2008.

3. The Debtor paid a total of $ 1900.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| BEST BUY/HOUSEHOLD RETAI | SECURED | .00 | .00 | 75.00 |
| STERLING JEWELERS | SECURED | .00 | .00 | 75.00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTHERN CREDIT UN | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN BANK | CURRENT MORTG | .00 | .00 | .00 |
| RUDY C PAOLUCCI DDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST RESPIRATORY | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID              150.00              .00            .00           .00         150.00
INTEREST PAID                  .00              .00            .00           .00            .00
TOTAL PAID                  150.00              .00            .00           .00         150.00
```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $     350.00   direct and $    1648.97   through the plan.

The Trustee received $     101.03 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/10/09                      /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE